WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°△
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†△
BARBARA G. CARNEVALE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
RYAN BYRNES*
WILLIAM H. YOST*
J. TANNER HONEA*^
YAAKOV U. ADLER
MICHAEL J. DEHART
ADAM DEITZ†
MATTHEW J. PALLAY*

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

May 15, 2020

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

———

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

———

OF COUNSEL
GEORGE B. FREEHILL
PATRICK J. BONNER*
MARK F. MULLER
HILARY K. JONCZAK‡

‡ ADMITTED IN FLORIDA ONLY. PRACTICE
LIMITED TO FEDERAL ADMINISTRATIVE LAW

Our Ref: 491-18/DPM

**<u>Via ECF</u>**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED

      **Re:**   *Luzar Trading S.A. v. Tradiverse Corporation*,
            **20-cv-623 (LTS)**

           **-and-**

           *Tradiverse Corporation v. Luzar Trading S.A.*,
           **20-cv-3387 (LTS)**

Dear Judge Swain:

      We represent Luzar Trading S.A. ("Luzar"), which is the Petitioner in civil action no. 20-cv-623, and the Respondent in civil action no. 20-cv-3387. As the Court is aware, both of these related actions involve competing petitions to confirm/vacate final arbitration awards in two arbitration proceedings between Luzar and Tradiverse Corporation ("Tradiverse"). We write on a joint basis with counsel for Tradiverse in response to the Court's Order dated May 6th (Dkt. 30 in 20-cv-623 & Dkt. 7 in 20-cv-3387) setting forth the parties' respective "positions as to whether these two actions should be consolidated for briefing."

      While the parties do not object to the matters being heard as related actions, the briefing concerning Luzar's Petition to Confirm/Tradiverse's Cross-Petition to Vacate in case no. 20-cv-623 is now fully complete. As such, the parties do not believe that the two actions need to be

1

525724.1

consolidated for briefing, other than to note that the parties agree that, to the extent this Court seeks to hear any oral arguments on the respective motions and petitions in the two cases, that the parties would consent to such arguments being held on the same date.

The parties have conferred and respectfully request that the Court enter the following briefing schedule on Tradiverse's Petition to Vacate/Luzar's contemplated Cross-Petition to Confirm in case no. 20-cv-3387:

- June 10 – Submission of Luzar's Memo of Law in Opposition to Tradiverse's Petition to Vacate/in Support of Luzar's Petition to Confirm

- July 8 – Submission of Tradiverse's Memo of Law in Reply to Luzar's Opposition to Tradiverse's Petition to Vacate/in Opposition to Luzar's Petition to Confirm

- July 22 – Submission of Luzar's Memo of Law in Reply to Tradiverse's Opposition to Luzar's Petition to Confirm

We thank the Court for its attention to this matter.

> Respectfully submitted,
> FREEHILL, HOGAN & MAHAR LLP
>
> /s/ Michael J. Dehart
>
> Don P. Murnane, Jr.
> Michael J. Dehart

The proposed briefing schedule for 20 CV 3387 is approved, and the May 22, 2020, conference in 20 CV 623 is adjourned sine die. The matters in both cases will be taken on submission unless the Court decides to hear oral argument, in which case an order scheduling argument will be entered. The Clerk of Court is requested to docket this endorsed order in each of the above-captioned cases.

SO ORDERED.
5/15/2020
/s/ Laura Taylor Swain, USDJ

2