## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LUZAR TRADING, S.A.,

                Petitioner,

    v.

TRADIVERSE CORPORATION,

                Respondent.

-----------------------------------------------------------X
-----------------------------------------------------------X

TRADIVERSE CORPORATION,

                Petitioner,

    v.

LUZAR TRADING, S.A.,

                Respondent.

-----------------------------------------------------------X

20 **CIVIL** 623 (KMW)

20 **CIVIL** 3387 (KMW)

### JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, Luzar's petitions to confirm each arbitration award are GRANTED. (No. 20-CV-623, ECF No. 1; No. 20-CV-3387, ECF No. 22.) Tradiverse's corresponding petitions to vacate and its oral argument requests in connection with its petitions are DENIED. (No. 20-CV-623, ECF No. 19; No. 20-CV-3387, ECF No. 1.); accordingly, the cases are closed.

**Dated:** New York, New York
       March 29, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                **BY:**      K. Mango

                                                  **Deputy Clerk**